UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ANITA MEADOWS

        Plaintiff,

V.                                 CIVIL ACTION NUMBER
                                 JFM-10-1088
TRANSWORLD SYSTEMS, INC.

Defendant.                      October 11, 2010

<u>NOTICE OF DISSMISSAL</u>

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in

the above-entitled action shall be dismissed with prejudice and without costs,

subject to approval of the Court.


                                 THE PLAINTIFF

                                 BY<u>/S/Bernard T. Kennedy</u>
                                 Bernard T. Kennedy, Esquire
                                 The Kennedy Law Firm
                                 P.O. Box 657
                                 Edgewater, MD 21037
                                 Ph   (443) 607-8901
                                 Fax (443) 607-8903
                                 Fed. Bar # Md26843
                                 bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 10/11/10 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy